UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DANIEL J. JOHNSON, et al.,

                          Plaintiffs,

                                                       DECISION AND ORDER

                                                       08-CV-6459L

            v.

SENECA COUNTY, a municipal
corporation, et al.,

                          Defendants.
_____


     By decision and order (Dkt. #36) this Court denied plaintiffs' motion for attorneys fees and related relief. By motion (Dkt. #37), plaintiffs request that the Court reconsider its prior decision and order. The motion to reconsider (Dkt. #37) is in all respects denied.

     IT IS SO ORDERED.

                                                   _____
                                                          DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        April 5, 2011.